IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TODD WOJTALEWICZ, husband and wife; and KENDRA WOJTALEWICZ, husband and wife; | **8:12CV76** |
| Plaintiffs, | |
| vs. | **MEMORANDUM AND ORDER** |
| PIONEER HI-BRED INTERNATIONAL, INC., an Iowa corporation; | |
| Defendant. | |

IT IS ORDERED:

The motion to withdraw filed by Jason B. Bottlinger as counsel of record on behalf of the plaintiffs, (filing no. 48), is granted.

June 6, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge