IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TODD WOJTALEWICZ, husband and wife; and KENDRA WOJTALEWICZ, husband and wife;<br><br>          Plaintiffs,<br><br>     vs.<br><br>PIONEER HI-BRED INTERNATIONAL, INC., an Iowa corporation;<br><br>          Defendant. | **8:12CV76**<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

   Counsel for the parties have filed pursuant to Federal Rule of Civil Procedure 41 a Joint Stipulation of Dismissal of all Claims with Prejudice, ECF No. 50.

   IT THEREFORE IS ORDERED that all claims of this action are dismissed with prejudice and all parties to bear their own costs, expenses and attorneys' fees.

   Dated July 1, 2013.

                                   BY THE COURT:

                                   _____
                                   Warren K. Urbom
                                   United States Senior District Court